PATRICK B. GILMORE
ATKINSON, CONWAY & GAGNON
Attorneys for Defendant Xpient Solutions, LLC
420 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J & D RESTAURANTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| XPIENT SOLUTIONS, LLC, ) | |
| ) | Case No. 3:12-cv-00073-RRB |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to F.R.C.P. 56(a), Defendant Xpient Solutions, LLC, hereby moves for summary judgment in the above matter.

This motion is supported by a memorandum of law together with exhibits and deposition excerpts, and the pleadings on file herein.

DATED this 17th day of July, 2013.

                                          ATKINSON, CONWAY & GAGNON
                                        Attorneys for Defendant

                                    By       s/Patrick B. Gilmore
                                          Patrick B. Gilmore
                                          420 L Street, Suite 500
                                          Anchorage, AK 99501
                                          Phone:  (907) 276-1700
                                          Fax:  (907) 272-2082
                                          E-mail:  pbg@acglaw.com
                                          ABA No. 7710121

I certify that on July 17, 2013,
a copy of the foregoing document
was served electronically on:

Brian J. Stibitz, Esq.

    By     s/ Patrick B. Gilmore

28-1564/7838.1